UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE ANN FOX, | No. C11-1166RSL |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| SNOHOMISH COUNTY SUPERIOR COURT, *et al.*, | |
| Defendants. | |

On July 18, 2011, the Court ordered plaintiff Valerie Ann Fox to show cause why the above-captioned matter should not be dismissed pursuant to the domestic relations exception to federal diversity jurisdiction. See Atwood v. Fort Peck Tribal Court Assiniboine, 513 F.3d 943, 947 (9th Cir. 2008). Plaintiff failed to respond. Having again reviewed the record in this matter, the Court finds that plaintiff cannot prevail on her request for injunctive relief and declines jurisdiction to the extent plaintiff is asking this Court to review and reverse the state court's decision allowing defendant Pennington to apply for a passport on behalf of their daughter. This matter is hereby DISMISSED.

Dated this 24th day of August, 2011.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL